1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
)
          Plaintiff,  )    Case No. 2:14-cr-00193-JCM-GWF
)
vs.  )    **ORDER**
)
ROBERT THOMPSON,  )
)
          Defendant.  )
_____ )

This matter is before the Court on Stephen Stein's Motion to Withdraw as Attorney of Record for Robert Thompson (#21), filed August 14, 2015.  Good cause existing, the motion will be granted.  Accordingly,

**IT IS HEREBY ORDERED** that Stephen Stein's Motion to Withdraw as Attorney of Record for Robert Thompson (#21) is **granted**.

**IT IS FURTHER ORDERED** that a hearing to appoint new counsel shall be held on **Tuesday, August 18th, 2015,** at **3:00 p.m.** in **Courtroom 3A**.

DATED this 17th day of August, 2015.


_____
GEORGE FOLEY, JR.
United States Magistrate Judge